IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                  CASE NO. 10-30496-DHW
                                                              CHAPTER 13
LOREN D JACKSON
DORIS C JACKSON,
       Debtor(s).

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on February 26, 2010.

2. The debtor(s) §341 Meeting of Creditors was held on April 15, 2010.

3. Confirmation is scheduled for May 24, 2010.

4. Debtors are above median income.

5. On line 30 of Form B22, the debtors took an exemption that is not the actual taxes withheld on Schedule I.

6. On line 47 of Form B22, the debtors took three (3) deductions for property that is being surrendered.

WHEREFORE, the above premises considered, the Trustee does not recommend confirmation of this case as the debtors do not meet the disposable income test.

Respectfully submitted May 17, 2010.

                                                   Curtis C. Reding
                                                   Standing Chapter 13 Trustee

                           By:     /s/ Tina J. Hayes
                                     Tina J. Hayes
                                     Staff Attorney (HAY 049)

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127
Email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, May 17, 2010.

/s/   Tina J. Hayes
Tina J. Hayes

Loren D. Jackson
Doris C. Jackson
4014 Governors Dr, Apt. G
Montgomery, AL  36111

Hon.  Richard D. Shinbaum, Esq. (*via electronic filing*)