IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:  CASE NO. 10-30496
    Loren & Doris Jackson

**Debtor**  CHAPTER 13
_____

## MOTION TO APPROVE SETTLEMENT AND EMERGENCY HEARING

COMES NOW the Debtors, Loren & Doris Jackson, by and through attorney, and hereby requests this Court to approve a settlement claim, and as grounds for said Motion, would state as follows:

1. The above debtor's filed Chapter 13 on February 26, 2010. Since the filing of the Chapter 13, the debtor's vehicle, a 2006 Kia Sedona, was involved in an accident on July 1, 2015. Alfa is willing to settle the claim for $2,285.

2. Said totaled vehicle was mortgaged to Max and included in the debtor's Chapter 13 plan. There is a balance owing to Max for $744.94.

3. The debtor request this court to approve the proceeds to be paid to Trustee to payoff the bankruptcy including the balance on the said vehicle with the remaining money paid to Debtor. The attorney has already tried settling the claim outside of the courts, but Max is requesting more money than they are due.

Wherefore, premises considered, the Debtor asks this court to pay the proceeds first to the Trustee to payoff the balance of the bankruptcy with the balance to the Debtor. The Debtor further requests an emergency hearing on this matter.

Respectfully submitted this 24 day of July, 2015.

Case 10-30496    Doc 53    Filed 07/24/15    Entered 07/24/15 10:52:13    Desc Main
Document      Page 1 of 2

                        /s/ Richard D. Shinbaum
                        Richard D. Shinbaum

OF COUNSEL:
SHINBAUM & CAMPBELL
Post Office Box 201
Montgomery, AL 36101-0201
(334) 269-4440
FAX (334) 263-4096

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by mailing a copy of same to them on this the 24 day of July, 2015.

Hon. Curtis Reding
P.O. Box 173
Montgomery, AL 36101
(Electronic Mail)

Max

Alfa

                        /s/ Richard D. Shinbaum
                        Richard D. Shinbaum