UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                     Case No. 10-30496–DHW
                                                          Chapter 13
LOREN D. JACKSON and DORIS C. JACKSON,

    Debtors.

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT

Debtor filed a Motion to Approve a Settlement and Request an Emergency Hearing (Doc. No. 53).

Upon consideration of the motion at the hearing held on August 3, 2015, it is ORDERED that the Motion is GRANTED.

Done this 3rd day of August, 2015.

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtors
      Richard D. Shinbaum, Attorney for Debtors
      Curtis C. Reding, Trustee