# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 10-30496–DHW
                                                         Chapter 13
LOREN D. JACKSON and DORIS C. JACKSON,

    Debtors.

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT

Debtor filed a Motion to Approve a Settlement and Request an Emergency Hearing (Doc. No. 53).

Upon consideration of the motion at the hearing held on August 3, 2015, it is ORDERED that the Motion is GRANTED.

Done this 3rd day of August, 2015.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtors
    Richard D. Shinbaum, Attorney for Debtors
    Curtis C. Reding, Trustee

```
                          United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                    Case No. 10-30496-DHW
Loren D Jackson                                           Chapter 13
Doris C. Jackson
        Debtors                    CERTIFICATE OF NOTICE
District/off: 1127-2          User: ewalker                 Page 1 of 1                  Date Rcvd: Aug 03, 2015
                              Form ID: pdfSOME              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2015.
db           #+Loren D Jackson,    4014 Governor's Drive,    Apt. G,   Montgomery, AL 36111-3242
jdb           +Doris C. Jackson,   4134 Clovis Drive,    Montgomery, AL 36105-2714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Leonard N. Math    on behalf of Creditor    MAX CREDIT UNION noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Joint Debtor Doris C.  Jackson rshinbaum@smclegal.com,
               smclegalecf@gmail.com
              Richard D. Shinbaum    on behalf of Debtor Loren D  Jackson rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                             TOTAL: 5
```